IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00462-RBJ-MJW

TSUTOMU SHIMOMURA,

Plaintiff,

v.

KENDRA CARLSON, an agent of the Transportation Security Administration, in her individual capacity,
TERRY CATES, an agent of the Transportation Security Administration, in his individual capacity,
PATTI ZELLER, an agent of the Transportation Security Administration, in her individual capacity, and
WADE DAVIS, a Denver Police Department officer, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Wade Davis' Motion to Excuse Personal Attendance of Insurance Claim Representative at Settlement Conference (docket no. 30) is GRANTED.  The Claim Representative shall be available by telephone for the Settlement Conference set on October 28, 2013, at 1:30 p.m. Mountain Time.

Date: October 21, 2013