IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00462-RBJ-MJW

TSUTOMU SHIMOMURA,

Plaintiff,

v.

KENDRA CARLSON, an agent of the Transportation Security Administration, in her individual capacity,
TERRY CATES, an agent of the Transportation Security Administration, in his individual capacity,
PATTI ZELLER, an agent of the Transportation Security Administration, in her individual capacity, and
WADE DAVIS, a Denver Police Department officer, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Vacate the Settlement Conference and Associated Deadlines and Request for Expedited Ruling (Docket No. 33) is granted.  The Settlement Conference set for Monday, October 28, 2013, at 1:30 p.m. is VACATED.

Date: October 22, 2013